IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FUJITSU AMERICA INC.,<br><br>    Defendant. | C.A. No. 13-1051-SLR |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Data Speed Technology LLC hereby dismisses all of its claims against Fujitsu America Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice.

| | |
|---|---|
| July 26, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman*<br>Richard D. Kirk (No. 922) |
| Marc A. Fenster | Stephen B. Brauerman (No. 4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (No. 5398) |
| RUSS, AUGUST & KABAT | 222 Delaware Avenue, Suite 900 |
| 12424 Wilshire Boulevard, Twelfth Floor | P.O. Box 25130 |
| Los Angeles, California 90025 | Wilmington, DE 19899 |
| (310) 826-7474 | (302) 655-5000 |
| mfenster@raklaw.com | rkirk@bayardlaw.com |
| agiza@raklaw.com | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff,*<br>*Data Speed Technology LLC* |